UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN WEHBY, et al,

            Plaintiff,

-vs-                                    Case NO.  03-72911

MURRAY, INC. et al,

            Defendants.
_____/

## ORDER FOR ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY STAY

On November 10, 2004 the Court was notified that the above named defendants had declared bankruptcy.  Now, therefore:

IT IS ORDERED that this case is closed for administrative purposes without prejudice.

IT IS FURTHER ORDERED that this closing does not constitute a dismissal or a decision on the merits.

IT IS FURTHER ORDERED that when the bankruptcy stay has been removed this case may be reopened on motion of any party.

                                            s/Avern Cohn
Dated:  June 16, 2005                  AVERN COHN
                                        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, June 16, 2005, by electronic and/or ordinary mail.

                                            s/Julie Owens
                                            Case Manager, (313) 234-5160